MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA ALCANTARA, an Individual, | Case No.: 2:18-cv-00882-JAD-DJA |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF 67] TO MOTION FOR PROTECTIVE ORDER [ECF 55]
AND
DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF 68] TO MOTION FOR STAY [ECF 56]**

Plaintiff Gina Alcantara and Defendant Bodega Latina Corporation, dba El Super, by and through their respective counsel, hereby stipulate that Defendant may have an

extension of time in which to file its Reply to Plaintiff's Response [ECF 67] to Motion for Protective Order [ECF 55] and its Reply to Plaintiff's Response [ECF 68] to Motion for Stay [ECF 56] up to an including March 27, 2020.

Approved as to form and content:

| | |
|---|---|
| Dated this 23rd day of March 2020 | Dated this 23rd day of March 2020 |
| CLAGGETT & SYKES LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ William T. Sykes, Esq. | /s/ Michael C. Mills, Esq. |
| GEORDAN G. LOGAN, ESQ.<br>Nevada Bar No. 013910<br>WILLIAM T. SYKES, ESQ.<br>Nevada Bar No. 009916<br>4101 Meadows Lane Suite 100<br>Las Vegas, NV 89107<br>Phone: 702-655-2346<br>Fax: 702-655-3763<br>Attorneys for Plaintiff,<br>Gina Alcantara | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>BERNADETTE A. RIGO, ESQ.<br>Nevada Bar No. 007882<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Defendant,<br>Bodega Latina Corporation,<br>dba El Super |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2020.