# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Gina Alcantara

             Plaintiff,

v.

Bodega Latina Corporation

             Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: . 2:18-cv-00882-JAD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant for Attorney Fees in the total amount of $5,464.50.

April 2, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk