MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GINA ALCANTARA, an Individual, | Case No.: 2:18-cv-00882-JAD-DJA |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF 84] TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER [ECF 78]**

Plaintiff Gina Alcantara and Defendant Bodega Latina Corporation, dba El Super, by and through their respective counsel, hereby stipulate that Defendant may have an

1 | extension of time in which to file its Reply to Plaintiff's Response [ECF 84] to
2 | Defendant's Motion for Protective Order [ECF 78] up to an including June 10, 2020.
3 | Approved as to form and content:
4 | Dated this 5th day of June 2020                    Dated this 5th day of June 2020
5 | CLAGGETT & SYKES LAW FIRM                BAUMAN LOEWE WITT & MAXWELL

/s/ William T. Sykes                                         /s/ Michael C. Mills

GEORDAN G. LOGAN, ESQ.                         MICHAEL C. MILLS, ESQ.
Nevada Bar No. 013910                              Nevada Bar No. 003534
WILLIAM T. SYKES, ESQ.                            BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 009916                              Nevada Bar No. 007882
4101 Meadows Lane Suite 100                    3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89107                                   Las Vegas, NV 89130
Phone: 702-655-2346                                   Phone: 702-240-6060
Fax: 702-655-3763                                        Fax: 702-240-4267
Attorneys for Plaintiff,                                   Attorneys for Defendant,
Gina Alcantara                                              Bodega Latina Corporation,
                                                                       dba El Super

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2020