MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA ALCANTARA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00882-JAD-DJA<br><br>**REQUEST FOR EXCEPTION FROM ATTENDANCE AT THE SETTLEMENT CONFERENCE OF JULY 9, 2020** |

COMES NOW Defendant BODEGA LATINA CORPORATION, by and through its counsel of record, Michael C. Mills, Esq. and hereby requests an exception from the requirement of attending the upcoming Settlement Conference scheduled for July 9, 2020 at 10:00 a.m. to be conducted by the United States Magistrate Judge Daniel

REQUEST FOR EXCEPTION FROM ATTENDANCE AT SETTLEMENT CONFERENCE
- PAGE 1 OF 5 -

3487362v1

Albregts via remote conferencing technology.

**<u>DECLARATION OF MICHAEL C. MILLS, ESQ. IN SUPPORT OF BODEGA LATINA CORPORATION'S REQUEST FOR EXEMPTION FROM ATTENDANCE AT SETTLEMENT CONFERENCE</u>**

I, Michael C. Mills, Esq., hereby declare under penalty of perjury:

1. I am counsel for Defendant Bodega Latina Corporation.

2. I am familiar with the facts and issues that are the subject of this declaration.

3. On the date of loss, Bodega Latina Corporation had a $1,000,000 "each occurrence" policy limit that covers the subject date of loss. The policy had a $2,000,000 "general aggregate". The policy included a Self-Insured Retainer of $300,000. The policy was issued by First Specialty Insurance Company. A copy of the subject policy declaration page is attached as Exhibit A.

4. Plaintiff's most recent computation of damages pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii) identified Plaintiff's past medical specials as $122,305.01. On August 6, 2019, Plaintiff submitted a demand to settle this case in the amount of $995,000.00. A copy of Plaintiff's demand is attached as Exhibit B.

5. On March 25, 2020, the parties participated in a mediation conducted by mediator Paul Haire. At that mediation, Plaintiff's last demand was $895,000.00. The matter did not resolve at the mediation.

6. On or about December 9, 2019, the general aggregate limit for the subject policy period was breached. Per the policy, this shifts the primary obligation for costs of defense and indemnity from Bodega Latina to First Specialty Insurance Company.

7. First Specialty's representative will attend the Settlement Conference with the authority as ordered by the court.

8. This court previously granted an exception to Bodega Latina's Request for Exception from attendance at this Court's settlement conference set for March 25, 2020 which did not proceed. [ECF 64 & 65].

THIS DECLARANT FURTHER SAYETH NAUGHT

DATED June 18, 2020

_____
MICHAEL C. MILLS, ESQ.

## POINTS & AUTHORITIES

Plaintiff's Complaint alleges that she slipped and fell in Defendant Bodega Latina's El Super grocery store on May 5, 2016.

On that date, Defendant's store was covered by a liability insurance policy issued by First Specialty Insurance Company. The First Specialty Policy included a $1,000,000 "each occurrence" limit and a $2,000,000 "general aggregate". The policy included a $300,000 Self Insured Retainer for Defense and Loss Expenses. The policy year ran from October 31, 2015 through October 31, 2016.

In her most recent Computation of Damages, Plaintiff's past medical special damages amount to $122,305.01. Plaintiff is claiming past wage loss of $19,118.99. At a mediation held before mediator Paul Haire, the Plaintiff's last demand was $895,000.00 to settle the case.

On or about December 9, 2019, Bodega Latina breached the "general aggregate" limit as a result of Bodega Latina expending defense costs and making settlement payments for losses that fell within the policy year. Once the general aggregate limit was breached, the costs of the defense of this case and the primary obligation to negotiate settlement shifted from Bodega Latina Corporation to First Specialty.

The Court's Order requires parties and insurance representatives to attend the conference. [ECF 90]. Any party seeking an exception from the Court's Order must apply to the court to gain such an exception.

1  Michael C. Mills, Esq. of Bauman, Loewe, Witt & Maxwell, who is involved with all
2  aspects of the case and is familiar with all of the relevant issues will be in attendance in
3  person representing the defendant. A representative from First Specialty Insurance
4  Company will be in attendance in person and will have the settlement authority within
5  the policy limit as obliged by the court. First Specialty's representative will attend in
6  person and will negotiate in an attempt to resolve the matter.

7  Defendant Bodega Latina Corporation asks it be exempted from attending the
8  settlement conference. The request is based on the following factors:

- First Specialty has taken over the handling of this matter including having the requisite settlement authority to settle if possible.
- The Court considered and granted an exception for Bodega Latina Corporation to attend the March 25, 2020 Settlement Conference which was vacated and is now rescheduled. [ECF 64 & 65]. .

13  For these reasons, Defendant renews its request to be exempted from
14  attendance at the Settlement Conference set for July 9, 2020.
15  DATED the 18th day of June, 2020.

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130

**IT IS SO ORDERED**

DATED this __19th__ day of June, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

REQUEST FOR EXCEPTION FROM ATTENDANCE AT SETTLEMENT CONFERENCE
- PAGE 4 OF 5 -

3487362v1

Submitted by:

BAUMAN LOEWE WITT & MAXWELL

*[signature]*

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Attorneys for Defendant
BODEGA LATINA CORP.

A Policy Declaration Page.
B Demand Email.

REQUEST FOR EXCEPTION FROM ATTENDANCE AT SETTLEMENT CONFERENCE
- PAGE 5 OF 5 -

3487362v1

# INDEX OF EXHIBITS

**Exhibit A**   -   **Policy Declaration Page**

**Exhibit B**   -   **Demand Email**

# EXHIBIT "A"

## POLICY DECLARATION PAGE

# EXHIBIT "A"

# First Specialty Insurance Corporation

Policy Number: IRA 2000024 03
Renewal of Number: IRA 2000024 02

## COMMON POLICY DECLARATIONS

Administrative Address: 5200 Metcalf Avenue, Overland Park, KS 66202
Domiciliary Address: 237 East High Street, Jefferson City, MO 65102

| Item 1. Named Insured and Mailing Address | Agent Name and Address |
|---|---|
| BODEGA LATINA CORPORATION<br>DBA EL SUPER<br>14601-B LAKEWOOD BLVD.<br>PARAMOUNT, CA 90723 | WORLDWIDE FACILITIES, LLC.<br>450 SANSOME ST.<br>SUITE 1000<br>SAN FRANCISCO, CA 94111 |

**Item 2. Policy Period:** From: October 31, 2015     To: October 31, 2016
at 12:01 A.M., Standard Time at your mailing address shown above

**Item 3.** Business Description: Supermarkets

Form of Business: Corporation

**Item 4.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | N/A |
| Commercial General Liability Coverage Part | $[redacted] |
| Commercial Crime Coverage Part | N/A |
| Commercial Inland Marine Coverage Part | N/A |
| Commercial Auto (Business or Truckers) Coverage Part | N/A |
| Liquor Liability Coverage Form | $[redacted] |
| Garage Coverage Form | N/A |
| | |
| Total Deposit Premium: | $[redacted] |
| Minimum Earned Premium %: 25.0    Minimum Premium: | $[redacted] |

**Item 5. Forms and Endorsements**
Form(s) and Endorsement(s) made a part of this policy at time of issue: See Schedule of Forms and Endorsements

CA Surplus Lines Tax & Fee Breakdown

| | |
|---|---|
| Premium: | $[redacted] |
| Company Fee: | $ |
| Inspection Fee: | $ |
| 3% State Tax: | $ [redacted] |
| .200% Stamping Fee: | $ [redacted] |
| Broker Fee: | $ |

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

P 2 207 0711             Page 1 of 1

# First Specialty Insurance Corporation

COMMERCIAL GENERAL LIABILITY COVERAGE PART
DECLARATIONS

**POLICY NO:** IRA 2000024 03

**NAMED INSURED:**
BODEGA LATINA CORPORATION
DBA EL SUPER

**LIMITS OF INSURANCE:**

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT (Other Than Products/Completed Operations) | $2,000,000 |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 |
| MEDICAL EXPENSE LIMIT - Any One Person | Excluded |

☐ **DEDUCTIBLE**   ☒ **SELF-INSURED RETENTION**   applicable to:

☒ Defense and Loss   ☐ Loss Only

$300,000         ☐ per claim         ☒ per occurrence         $6,000,000 annual aggregate

**RETROACTIVE DATE**

COVERAGE A and B of this insurance do not apply to "bodily injury" or "property damage," "personal and advertising injury" which occurred before the Retroactive Date, if any, shown below.

Retroactive Date:  None
(Enter Date or "None" if no Retroactive Date applies.)

Extended Reporting Period Charge: _____ %   For ____ - year period.

| Classification | Code No. | Exposure Basis | Estimated Exposure | Rate | Deposit Premium |
|---|---|---|---|---|---|
| SUPERMARKETS | 18501 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

Premium Subject to Audit?    ☒ Yes    ☐ No

Frequency of Audit:    ☒ Annual    ☐ Quarterly    ☐ Monthly

THESE DECLARATIONS ARE PART OF THE COMMON POLICY DECLARATIONS
CONTAINING THE NAMED INSURED AND THE POLICY PERIOD.

SP 3 550 0712                                                                                          Page 1 of 1

# EXHIBIT "B"

## DEMAND EMAIL

# EXHIBIT "B"

**From:** Will Sykes <WSykes@claggettlaw.com>
**Sent:** Tuesday, August 6, 2019 2:45 PM
**To:** Bernadette Rigo <brigo@blwmlawfirm.com>
**Cc:** Geordan Logan <Glogan@claggettlaw.com>
**Subject:** Alcantara - For Settlement Purposes Only

Bernadette:

I've received authority from my client to make a demand of $995,000 to settle her case.

Also, I believe we have to engage in a mandatory settlement conference at some point before trial, and my client would be willing to do a private mediation.

Let me know your client's response. Thanks.

- Will

William T. Sykes, Esq.
Partner

4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
P: (702) 655-2346
F: (702) 655-3763
wsykes@claggettlaw.com



Do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you intercept or attempt to intercept this message in violation of 18 U.S.C. § 2511 of the Electronic Communications Privacy Act, you may be subject to fines, imprisonment and/or civil damages.

If you have received this communication in error, please call us immediately at (702) 655-2346 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Finally, if you have received this transmission in error and you have already notified the sender that you received it in error, please delete the email. Thank you. Claggett & Sykes.