MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA ALCANTARA, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00882-JAD-DJA |

## JOINT NOTICE OF PENDING SETTLEMENT

TO THE COURT:

PLEASE BE ADVISED that the parties, Plaintiff Gina Alcantara, by and through her attorney of record, William T. Sykes, Esq. of Claggett & Sykes Law Firm, and Defendant, Bodega Latina Corporation dba El Super, by and through its attorney, Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell have agreed upon terms to settle this matter.  Final settlement and dismissal paperwork will be filed upon

3820341v1

completion.  The Parties expect to file a Stipulation for Dismissal with Prejudice regarding the above-captioned action within the next thirty (30) days.

      Approved as to form and content:

| | |
|---|---|
| Dated this __26th__ day of August, 2021. | Dated this __26th__ day of August, 2021. |
| CLAGGETT & SYKES LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ William T. Sykes | /s/ Michael C. Mills |
| WILLIAM T. SYKES, ESQ.<br>Nevada Bar No. 009916<br>4101 Meadows Lane, Suite 100<br>Las Vegas, NV 89107<br>Attorneys for Plaintiff,<br>Gina Alcantara | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Counsel for Defendant,<br>Bodega Latina Corporation,<br>dba El Super |

### Order

IT IS ORDERED that the parties are to file a stipulation to dismiss this case by 9/30/2021.

**IT IS SO ORDERED**

**DATED:** 9:32 am, August 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**