MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA ALCANTARA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00882-JAD-DJA |

### JOINT STATUS REPORT OF PENDING SETTLEMENT

TO THE COURT:

PLEASE BE ADVISED that the parties, Plaintiff Gina Alcantara, by and through her attorney of record, William T. Sykes, Esq. of Claggett & Sykes Law Firm, and Defendant, Bodega Latina Corporation dba El Super, by and through its attorney, Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell report that the settlement has been reached in terms, the check has been requested but has not yet been received.

The parties have been in frequent communication regarding the status of the settlement but without the settlement check, the matter cannot be completed at this time. Defendant's counsel has been assured that the check has been requested. However it is not yet received and exchanged.

The Parties expect to have exchanged the check and settlement documents and be able to file a Stipulation for Dismissal with Prejudice regarding the above-captioned action within the next fourteen (14) days and hereby request an extension of fourteen (14) days in which to effect this settlement and file the Stipulation for Dismissal.

Approved as to form and content:

Dated this 30th day of September, 2021.

CLAGGETT & SYKES LAW FIRM

/s/ William T. Sykes

WILLIAM T. SYKES, ESQ.
Nevada Bar No. 009916
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Attorneys for Plaintiff,
Gina Alcantara

Dated this 30th day of September, 2021.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Counsel for Defendant,
Bodega Latina Corporation,
dba El Super

## ORDER

IT IS ORDERED that the parties have an additional 14 days' time in which to file the Stipulation and Order of Dismissal, to and including October 15, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10/1/2021

3842192v1